UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KERI INGEMI,**
    **Plaintiff,**

**v.**

**DEUTSCHE BANK NATIONAL TRUST,**
    **Defendant.**

Civil Action No. 12-cv-12285-WGY

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the Plaintiff, Keri Ingemi.

January 11, 2013        **KERI INGEMI**

                              **By Her Attorney,**

                              ***/s/ John L. McGowan***
                              John L. McGowan (BBO669751)
                              John L. McGowan, Attorney At Law, P.C.
                              P.O. Box 334
                              28 South Main Street, #201
                              Sharon, MA 02067
                              Tel: 781-806-0291 (office) / 617-833-5825 (cell)
                              Fax: 781-634-0355
                              jmcgowan@mcg-law.com

## CERTIFICATE OF SERVICE

  I, John L. McGowan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on January 11, 2013.

January 11, 2013         */s/ **John L. McGowan***